IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC 2017 LLC, § | | |
| § | | |
| Plaintiff, § | | Case No. 2:19-cv-00126 |
| § | | |
| v. § | | |
| § | | PATENT CASE |
| SAMSUNG ELECTRONICS AMERICA, INC. § | | |
| and SAMSUNG ELECTRONICS CO. LTD., § | | |
| § | | JURY TRIAL DEMANDED |
| Defendants. § | | |
| § | | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff, Uniloc 2017 LLC ("Uniloc"), for its complaint against defendants, Samsung Electronics America, Inc. ("SEA") and Samsung Electronics Co. Ltd. ("SEC") (together "Samsung"), alleges as follows:

**THE PARTIES**

1.  Uniloc 2017 LLC is a Delaware limited liability company, having addresses at 1209 Orange Street, Wilmington, Delaware 19801; 620 Newport Center Drive, Newport Beach, California 92660; and 102 N. College Avenue, Suite 303, Tyler, Texas 75702.

2.  SEA is a New York corporation having a principal place of business in Ridgefield Park, New Jersey and regular and established places of business at Legacy Center, Plano and in Richardson, Texas. SEA makes, uses, offers for sale, sells and/or imports into the United States for sale to customers in this judicial district and elsewhere products and services, including those accused of infringement herein. SEA may be served with process through its registered agent for service in Texas: CT Corporation System, 1999 Bryant Street, Suite 900, Dallas, Texas 75201.

3. SEC is a South Korean corporation having a principal place of business in Seoul, Republic of Korea and is the ultimate parent of SEA. SEC makes, uses, offers for sale, sells and/or imports into the United States for use by SEA and sale to customers in this judicial district products and services, including those accused of infringement herein.

## JURISDICTION

4. Uniloc brings this action for patent infringement under the patent laws of the United States, 35 U.S.C. § 271, *et seq*. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

## INFRINGEMENT OF U.S. PATENT NO. 7,136,999

5. Uniloc is the owner, by assignment, of U.S. Patent No. 7,136,999 entitled METHOD AND SYSTEM FOR ELECTRONIC DEVICE AUTHENTICATION, which issued on November 14, 2006 ("the '999 Patent"). A copy of the '999 Patent is attached as Exhibit A.

6. The '999 Patent describes in detail, and claims in various ways, inventions in providing authentication of devices and data transfer by mobile, wireless communication.

7. The '999 Patent describes problems and shortcomings in the then-existing field of wireless communication between devices using Bluetooth technology. *See*, *e.g.*, Ex. A at 1:54-59. The '999 Patent describes and claims novel and inventive technological improvements and solutions to these problems and shortcomings.

8. The written description of the '999 Patent describes in technical detail each of the limitations of the claims, allowing a person of ordinary skill in the art to understand what the limitations cover and how the combination of claim elements differed markedly from and improved upon what may have been considered conventional or generic.

9.      Samsung uses, offers for sale, sells and imports electronic devices that use the Android 4.1 and later operating system(s) and include an Android Beam feature and to share data such as photos and videos between such devices, including the following: Galaxy Fold, S10 5G, S10, S10+, S10e, S9, S9+, S8, S8+, S8 Active, S7, S7 Edge, S7 Active, S6, S6 Edge, S6 Edge+, S6 Edge+ Duos, S6 active, S6 Duos, S5, S5+, S5 LTE, S5 Mini (LTE), S5 Sport, S5 Active, S5 Duos, S5 LTE-A, S4, S4 Active LTE, S4 Zoom, S4 mini, S III, S III Mini, C7, C7 Pro, C5, C5 Pro, A50, A9, A9 Pro, A8, A8+, A8s, A8 Star, A7, A6, A6+, J7 (Snapdragon), J6+, J5, J4+, J2, E7 LTE, Note FE, Note9, Note8, Note7, Note5, Note5 Duos, Note4, Note4 Duos, Note3 Neo, Note Edge, Alpha, Alpha (S801), Avant, Ace 4 LTE, Ace Style LTE, Mega2 and Xcover 3 (together, "Accused Infringing Devices").

10.     The Accused Infringing Devices include NFC (Near Field Communication) and Bluetooth functionality for implementing the Android Beam feature to exchange data, such as photos and videos.

11.     The Android Beam feature may be active by default or may need to be activated by the user. To activate, depending upon the particular device, the user may need to open the device's Notification Panel, tap the Settings icon, tap NFC and Payment and slide the switch to the On position.

12.     When the user wants to send, for example, a photo from his device to another device, he taps on the photo to be sent. The two devices are placed within NFC range of each other, such as by placing them side-by-side. Once in NFC range, the devices authenticate each other by exchanging NFC and Bluetooth authentication information. Once authenticated and the devices are outside of NFC range, when the sending user taps the Beam command on his screen, the photo is sent via Bluetooth to the other device.

13. Samsung has infringed and continues to infringe the '999 Patent, including at least claim 13, by using, offering for sale, selling, and importing the Accused Infringing Devices.

14. Samsung specifically, knowingly and intentionally incorporates into the Accused Infringing Devices components and/or software that is designed to cause the devices to operate using Android Beam to transfer data in a manner that infringes the '999 Patent as described herein.

15. In its marketing, promotional and/or instructional materials, including those listed below, Samsung intentionally directs and instructs its customers to use the Android Beam feature designed into the Accused Infringing Devices by Samsung in a manner that when used by Samsung and its customers infringes the '999 Patent.

16. Samsung has infringed and continues to infringe the '999 Patent, including at least claim 13, by actively inducing others to use, offer for sale and sell the Accused Infringing Devices. Samsung and its customers who use the Accused Infringing Devices as described above in accordance with Samsung's instructions infringe at least claim 13 of the '999 Patent.

17. Samsung intentionally instructs its customers directly or indirectly to use the Android Beam feature of the Accused Infringing Devices in an infringing manner through training videos, demonstrations, brochures, installation, and user guides, such as those located at:

- www.samsung.com

User Manuals for Accused Infringing Devices, including:

- Galaxy S9/S9+ User Manual/NFC and payment/Android Beam
- Galaxy S8 User Manual/NFC and payment/Android Beam
- Galaxy S7 User Manual/NFC and payment/Android Beam
- Galaxy S6 User Manual/NFC and payment/Android Beam
- Galaxy S5 User Manual/NFC/Android Beam

- Galaxy S4 User Manual/NFC/Android Beam

- Galaxy Note9 User Manual/NFC and payment/Android beam

- Galaxy Note8 User Manual/NFC and payment/Android beam

- Galaxy Note7 User Manual/NFC and payment/Android beam

- Galaxy Note5 User Manual/NFC and payment/Android beam

- Galaxy J6 User Manual/NFC and payment/Android beam

- Galaxy J4+ User Manual/NFC and payment/Android beam

- Galaxy C7 User Manual/NFC and payment/Sending data

- Galaxy C5 User Manual/NFC and payment/Sending data

- Galaxy A9 User Manual/NFC and payment/Sending data with the NFC feature

- Galaxy A8 User Manual/NFC and payment/Sending data with the NFC feature

- Galaxy A7 User Manual/NFC and payment/Sending data with the NFC feature

- Galaxy A6 User Manual/NFC and payment/Sending data with the NFC feature

- https://www.samsung.com/co/support/mobile-devices/what-is-and-how-to-use-android-beam-on-your-galaxy-a9-2018/

- https://videos.support.samsung.com/detail/video/4876181605001

- www.youtube.com

18. For example, in the User Manual for the Galaxy S9/S9+, Samsung instructs its customers how to use the Android Beam feature to transfer data between Accused Infringing Devices as follows:

**Android Beam**

Share content to another NFC-capable device by touching the backs of the devices.

1. From a Home screen, swipe up to access **Apps**.
2. Tap ⚙ **Settings** > **Connections** > **NFC and payment**, and then tap **On/Off** to enable NFC.
3. Tap **Android Beam**, and then tap **On/Off** to enable this feature.

**Share Data with Android Beam**

Use Android Beam to transfer information to another NFC-capable device.

1. From an app, tap ⌁ **Share**.

   – or –

   Tap ⋮ **More options** > **Share**.
2. Tap **Android Beam** and follow the prompts.

19. Samsung has also infringed, and continues to infringe, at least claim 13 of the '999 Patent by selling, offering for sale and/or importing the Accused Infringing Devices which devices are used in practicing the processes and/or using the systems, of the '999 Patent and constitute a material part of the claimed inventions. Samsung knows that portions of the software contained in the Accused Infringing Devices are especially made, or especially adapted, solely for use in infringement of the '999 Patent and are not a staple article or commodity of commerce suitable for substantial noninfringing use.

20. Samsung will have been on notice of the '999 Patent since, at the latest, the service upon it of this complaint. Samsung will also have been on notice of Uniloc's infringement allegations and theory of infringement since the date of service, and thus will have known therefrom that its continued actions would cause the continued infringement of the '999 Patent. If, despite such knowledge, Samsung refuses to discontinue its infringing acts, and continues to induce infringement by failing to remove what it will have known since service of this complaint to be infringing features of the Accused Infringing Devices or otherwise place a non-infringing limit on their use, such actions will constitute further evidence of Samsung's intent to cause infringement of the '999 Patent.

21. By the time of trial, Samsung will have known and intended (since receiving such notice) that its continued actions would actively induce and contribute to the infringement of at least claim 13 of the '999 Patent.

22. Samsung may have infringed the '999 Patent through other software and devices utilizing the same or reasonably similar functionality, including other versions of the Accused Infringing Devices.

23. Uniloc has been damaged by Samsung's infringement of the '999 Patent.

## PRAYER FOR RELIEF

Uniloc requests that the Court enter judgment against Samsung:

(A) declaring that Samsung has infringed the '999 Patent;

(B) awarding Uniloc its damages suffered as a result of Samsung's infringement of the '999 Patent;

(C) awarding Uniloc its costs, attorneys' fees, expenses, and interest;

(D) enjoining Samsung's infringement of the '999 Patent, and

(E) granting Uniloc such further relief as the Court finds appropriate.

## DEMAND FOR JURY TRIAL

Uniloc demands trial by jury, under Fed. R. Civ. P. 38.

Date: April 16, 2019.

Respectfully submitted,

*/s/ Edward R. Nelson III*
Paul J. Hayes (Lead Attorney)
Massachusetts State Bar No. 227000
Kevin Gannon
Massachusetts State Bar No. 640931
Aaron Jacobs
Massachusetts State Bar No. 677545
Michael Ercolini
New York State Bar No. 5029905
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700

Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: kgannon@princelobel.com
Email: ajacobs@princelobel.com
Email: mercolini@princelobel.com

Edward R. Nelson III
ed@nbafirm.com
Texas State Bar No. 00797142
**NELSON BUMGARDNER ALBRITTON P.C.**
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Tel: (817) 377-9111

Shawn A. Latchford
shawn@nbafirm.com
Texas State Bar No. 24066603
**NELSON BUMGARDNER ALBRITTON P.C.**
111 West Tyler Street
Longview, Texas 75601
Tel: (903) 757-8449

**ATTORNEYS FOR THE PLAINTIFF**