**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC 2017 LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:19-CV-00126-JRG |
| SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO. LTD., | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss with Prejudice (the "Motion"). (Dkt. No. 73.) Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees.

This Order disposes of all claims and parties in this lawsuit. All other relief requested by the parties and not explicitly granted is **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 29th day of May, 2020.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE